# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN R. FISHER,** | : |
| Plaintiff | : |
| | : **CIVIL ACTION NO. 3:15-2081** |
| v. | : |
| | : **(JUDGE MANNION)** |
| **MEGAN L. KING, ESQ.,** <u>et al</u>., | : |
| Defendants | : |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this action, (Doc. 1), to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE** this case.


          s/ *Malachy E. Mannion*
          **MALACHY E. MANNION**
          **United States District Judge**

**Dated: November 12, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2081-01-ORDER.wpd